## THE PEOPLE v. CASTRILLO.

APPEAL from the District Court of Humacao..

No. 12.—Decided May 13, 1904.

APPEAL—BILL OF EXCEPTIONS.—In the absence of a bill of exceptions, and it not appearing from the record that any error has been committed, the judgment appealed from must be affirmed.

The facts are stated in the opinion.

Mr. del Toro, Fiscal, for the People.

The party appellant did not appear.

MR. JUSTICE FIGUERAS delivered the opinion of the court, as follows:

The Fiscal of said court filed a duly sworn information, in the following terms:

"Nicolás Castrillo, on a certain day of December, 1903, in the sub-district of Caguas, assaulted Pedro Coto, by firing a shot upon him."

A copy of said information was read and delivered to the accused, the same being denied by him and submitted to the law court. The trial was held on the 5th of March last, and in the record thereof it is stated that the witnesses for the

sus declaraciones, pero sí se expresa que el defensor no presentó prueba alguna. En ocho de Marzo se dictó sentencia y entendiendo la Corte que se había cometido el delito definido y penado en el artículo 237 del Código Penal, vigente, condenó á Nicolás Castrillo, por acometimiento con arma mortífera, disparando un tiro, sin herir al contrario, á la pena de seis meses de Cárcel. Contra esta sentencia se interpuso recurso de apelación por medio de un simple escrito, sin que exista pliego de excepciones. No se personó el apelante en esta Corte Suprema, y el Fiscal, por escrito y en el acto de la vista, impugnó el recurso.

Como se vé no hay problema jurído planteado; pero hemos examinado detenidamente todas las diligencias que se han remitido, y nada hemos encontrado que aconseje la modificación de la sentencia recurrida. Proponemos, pues, su confirmación, con imposición de las costas de este recurso al apelante Nicolás Castrillo, pero entendiéndose que este delito debe definirse, según la ley de la Asamblea Legislativa, aprobada en 10 de Marzo último, de acometimiento y agresión.

*Resuelto de conformidad.*

Jueces concurrentes, Sres. Presidente Quiñones, y Asociados, Hernández, Sulzbacher y MacLeary.

prosecution testified, their testimony not being inserted therein, but a statement appears to the effect that the defendant presented no evidence. On March 8 judgment was rendered, and the court understanding that the offense defined and made punishable by section 237 of the Penal Code in force, had been committed, sentenced Nicolás Castrillo for assault with a deadly weapon,—he having fired a shot without wounding his adversary,—to six months of imprisonment in jail. From this sentence an appeal was taken by means of a mere statement in writing, the same being unaccompanied by a bill of exceptions. The appellant did not appear before this Supreme Court, and the *Fiscal* at the hearing filed a written opposition to the appeal.

As is seen, no legal question has been raised for decision; but we have carefully gone over all the record of proceedings forwarded, and find nothing to justify a modlification of the sentence appealed from. We therefore propose that the same be affirmed, with costs of this appeal against the appellant Nicolás Castrillo; it being understood, however, that this offense should be defined, according to the act of the Legislative Assembly, approved March 10, 1904, as an assault and battery.

*Decided accordingly.*

Chief Justice Quiñones and Justices Hernández, Sulzbacher and MacLeary concurred.